UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-60324-CIV-MORENO

LAWRENCE HENRY PERRY,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DENYING MOTION TO VACATE SENTENCE

THE MATTER was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, filed on **February 6, 2019**. The Magistrate Judge filed a Report and Recommendation (**D.E. 40**) on **December 29, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 is DENIED for the reasons stated in the Report and Recommendation. It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of March 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Shaniek M. Maynard

Counsel of Record